**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

**IN RE:** William Clifton Brackman                              Case number: 05-50824
Michele Lynn Brackman
*Debtors*

**CHAPTER 13 PLAN**
[ ] Original Plan   [x] Amended Plan 2

Debtors propose to submit pre confirmation funds in the amount of $1,722.78, and Debtors further propose to submit real estate sale proceeds of $14,500.00 from the sale of their residential real estate held on May 5, 2006, to the standing Trustee for distribution as provided by law with general unsecured creditors receiving 100% of their timely filed claims.

Said period payments will be made by: [ ]Wage Deduction Order [x]Direct Payment

Debtor's schedules list debts in the following amounts:

PRIORITY:   $0.00          SECURED:   $89,099.77          [1]UNSECURED:   $11,303.46

**Payments made directly to secured creditors by the Debtor(s):**

| Creditor | Collateral/Debt Type | Fair Market Value | Payment/mo |
|---|---|---|---|
| Home Loan & Investment Bank | Residence - 1st Deed of Trust | $121,340.00 | $823.00 |
| Glassner Jewelers | 3 Stone Diamond Necklace | $250.00 | $50.00 |
| Schewels Furniture Co. | Bed, mattress, boxsprings | $500.00 | $130.00 |

Payments made to Standing Trustee for secured creditors, priority creditors, and Debtor's attorney:

| Creditor | Collateral | Fair Market Value | Interest |
|---|---|---|---|
| Roland S. Carlton, Jr., Esq. | Debtor's Attorney Fees | $1,307.00 | 0.00% |

Liens to be avoided pursuant to 11 U.S.C. 522(f) (Motion required per Rule 4003(d)):   None

Executory Contracts to be rejected: None

Secured creditors will retain their liens upon their collateral until the allows amounts of their secured claims are paid.

Attorney's fees are to be paid in full prior to payments being made to any other creditor, secured, priority, or unsecured.

[1]Based upon timely filed claims.

Date:   /s/ 6/3/06          Debtor(s):   /s/ William Clifton Brackman

/s/ Michele Lynn Brackman

Any questions concerning the plan should be addressed to Counsel for the Debtor(s):

Roland S. Carlton, Jr., Esq.  V.S.B.#34138          Telephone:   (540) 213-0547
Carlton Legal Services, P.L.C.                      Fax:         (540) 887-1366
118 MacTanly Place
Staunton, VA 24401